NAZAIRE J. GENDRON *vs.* AMEDIE LEGERE, Applt.

York County.   Decided December 17, 1921.   This is an action of assumpsit for installing a furnace in the house of the defendant.

The jury found for the defendant.   A careful reading of the testimony shows that the jury was well warranted in finding the conclusion at which they arrived.

As the case presents a pure question of fact, an analysis or discussion of the testimony would be without profit to the parties or as a precedent.   Motion overruled.   *Willard & Ford,* for plaintiff. *E. P. Spinney and Lucius B. Sweet,* for defendant.